Kevin S. Sinclair, Esq., Nevada Bar No. 12277
 *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-cv-01367-APG-DJA<br><br>**CERTIFICATE OF INTERESTED PARTIES PER LOCAL RULE 7.1-1** |

**TO THE ABOVE CAPTIONED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned attorneys of record for defendant Chicago Title Insurance Company ("Chicago Title") certify that the following entities may have a direct, pecuniary interest in the outcome of this case:

1. Chicago Title.

2. Defendant Fidelity National Title Group, Inc. (parent of Chicago Title Insurance Company).

3. FNTG Holdings, LLC (parent of Fidelity National Title Group, Inc.).

//

//

//

//



i
**CERTIFICATE OF INTERESTED PARTIES PER LOCAL RULE 7.1-1**

1    4.    Fidelity National Financial, Inc. (parent of FNTG Holdings, LLC).

2    These representations are made to enable judges of the Court to evaluate possible
3 disqualifications or recusal.

5                                        Respectfully submitted,

6    Dated: July 29, 2020               EARLY SULLIVAN WRIGHT
                                          GIZER & McRAE LLP

8                                        By:   */s/-Kevin S. Sinclair*
                                            KEVIN S. SINCLAIR
9                                           Attorneys for Defendant
                                            CHICAGO TITLE INSURANCE COMPANY



**CERTIFICATE OF INTERESTED PARTIES PER LOCAL RULE 7.1-1**