WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE8, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01367-APG-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF 18]** <br><br> **[First Request]** |

COMES NOW Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 ("US Bank") and Defendant Chicago Title Insurance Company ("Chicago Title") (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree and stipulate as follows:

1. On July 22, 2020, US Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-818395-C;

2. On July 23, 3030, Chicago Title filed it Petition of Removal to this Court [ECF 1];

3. On August 31, 2020, Chicago Title filed its Motion to Dismiss [ECF 18];

4. US Bank's deadline to respond to Chicago Title's Motion to Dismiss is currently September 14, 2020;

5. US Bank is requesting a thirty (30) day extension until Wednesday, October 14, 2020, to file its response to Chicago Title's Motion to Dismiss;

6. This extension is requested to allow counsel for US Bank additional time to review and respond to the points and authorities cited to in Chicago Title's Motion to Dismiss;

///

///

///

///

///

///

///

///

///

///

///

///

///

7. Counsel for Chicago Title does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 14th day of September, 2020. | DATED this 14th day of September, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8* | */s/ Kevin Sinclair, Esq.*_____<br>Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendant, Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __15th__ day of __September__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE