WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE8,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-01367-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 25-26]**<br><br>**[First Request]** |

COMES NOW Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 ("U.S. Bank"), and Defendants, Ticor Title of Nevada, Inc. ("Ticor") and Fidelity National Title Group, Inc. ("FNTG") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate

and agree as follows:

1. On July 22, 2020, US Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-818395-C;

2. On July 23, 3030, Chicago Title Insurance Company filed a Petition of Removal to this Court [ECF No. 1];

3. On September 15, 2020, Ticor filed a Motion to Dismiss [ECF No. 25]. Ticor filed an Errata the same day [ECF No. 28];

4. On September 15, 2020, FNTG filed a Motion to Dismiss [ECF No. 26];

5. US Bank's deadline to respond to Ticor and FNTG's Motions to Dismiss is currently September 29, 2020;

6. US Bank's counsel is requesting an extension until Thursday, October 29, 2020, to file its response to Ticor and FNTG's Motions to Dismiss;

7. This extension is requested to allow counsel for HSBC Bank additional time to review and respond to the points and authorities cited to in the Motions;

8. Counsel for Ticor and FNTG does not oppose the requested extension;

///
///
///
///
///
///
///
///

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 25th day of September, 2020. | DATED this 25th of September, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this __28th__ day of September, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE