1  WRIGHT, FINLAY & ZAK, LLP
2  Darren T. Brenner, Esq.
   Nevada Bar No. 8386
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 637-2345; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of*
7  *the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset*
   *Backed Pass-Through Certificates, Series NC 2005-HE8*
8

9                               **UNITED STATES DISTRICT COURT**

10                                    **DISTRICT OF NEVADA**

11

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE8, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01367-APG-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 18]** <br><br> **[Third Request]** |
|---|---|

       COMES NOW Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 ("U.S. Bank"), and Defendant, Chicago Title Insurance Company ("CTIC") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 22, 2020, US Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-818395-C;
2. On July 23, 3030, Chicago Title Insurance Company filed a Petition of Removal to this Court [ECF No. 1];
3. On August 31, 2020, CTIC filed a Motion to Dismiss [ECF No. 18];
4. US Bank's deadline to respond to CTIC's Motion to Dismiss is currently October 21, 2020;
5. On October 15, 2020, US Bank filed its Motion for Leave to file First Amended Complaint and Motion to Deny Defendants' Motions to Dismiss as Moot [ECF Nos. 38 and 39];
6. US Bank's counsel is requesting a one-week extension until Wednesday, October 28, 2020, to file its response to CTIC's Motion to Dismiss;
7. This extension is requested as the Parties are currently discussing a stipulation to allow US Bank leave to amend its Complaint, which would moot the pending motions, as well as a potential stay of litigation;
8. Counsel for CTIC does not oppose the requested extension;

///
///
///
///
///
///
///

9. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 21st day of October, 2020. | DATED this 21st of October, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8* | */s/ Kevin S. Sinclair*<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Boulevard, Suite 400<br>Encino, California 91436<br>*Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this __21st__ day of October, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE